HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant, *v.* PAULINE CASALINO, Respondent.

Submitted January 2, 1951; decided January 4, 1951.

Motion to amend remittitur granted. Return of remittitur requested and, when returned, it will be amended to read as follows: Order affirmed, with costs. Upon this appeal there was presented and necessarily passed upon a question under a Federal statute, namely, whether the judgment secured by the plaintiff was dischargeable in bankruptcy under the Bankruptcy Act (§ 57, subd. [j]; U. S. Code, tit. 11, § 93, subd. [j]). This court held that the judgment of the plaintiff was discharged in bankruptcy. [See 301 N. Y. 715.]